# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESAU REDIX,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. NAVARRO, et al.,<br><br>　　　　　Defendants. | Case No.: 1:20-cv-01647-NONE-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE WAIVERS OF SERVICE OF PROCESS<br><br>(ECF No. 19) |

Plaintiff Esau Redix is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 14, 2021, Defendants, by way of special appearance, filed a request for an extension of time to file waivers of service of process. (ECF No. 19.)

Good cause having been presented, it is HEREBY ORDERED that the deadline to file the waivers of service of process is extended to June 7, 2021.

IT IS SO ORDERED.

Dated: __May 17, 2021__　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1