**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESAU REDIX, | ) Case No.: 1:20-cv-01647-NONE-SAB (PC) |
| Plaintiff, | ) |
| | ) **ORDER GRANTING DEFENDANTS'** |
| v. | ) **REQUEST FOR EXTENSION OF TIME TO** |
| | ) **RESPOND TO COMPLAINT** |
| J. NAVARRO, et al., | ) |
| | ) (ECF No. 22) |
| Defendants. | ) |
| | ) |

Plaintiff Esau Redix is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' request for an extension of time to file a response to the complaint, filed June 9, 2021.

Good cause having been presented, it is HEREBY ORDERED that the deadline for Defendants to file a response is extended to July 14, 2021.

IT IS SO ORDERED.

Dated: __**June 10, 2021**__

_____
UNITED STATES MAGISTRATE JUDGE

1