1
2
3
4
5

6                    **UNITED STATES DISTRICT COURT**

7                    **EASTERN DISTRICT OF CALIFORNIA**

8   ESAU REDIX,                              )   Case No.: 1:20-cv-01647-NONE-SAB (PC)
                                             )
9              Plaintiff,                     )
                                             )   ORDER RESCHEDULING SETTLEMENT
10        v.                                  )   CONFERENCE FROM SEPTEMBER 28, 2021
                                             )   TO NOVEMBER 9, 2021
11  J. NAVARRO, et al.,                       )
                                             )   (ECF No. 25)
12             Defendants.                    )
                                             )
13  _____ )

14

15        Plaintiff Esau Redix is proceeding *pro se* and *in forma pauperis* in this civil rights action

16  pursuant to 42 U.S.C. § 1983.

17        This case is currently set for a remote settlement conference before Magistrate Judge Barbara

18  A. McAuliffe on September 28, 2021, at 9:30 a.m.  Due to a scheduling conflict, it is necessary to

19  reschedule the conference.  Accordingly, it is HEREBY ORDERED that the remove settlement

20  conference is rescheduled from September 28, 2021 to November 9, 2021, at 10:00 a.m.  The parties

21  shall file their confidential settlement statements on or before November 2, 2021.  All other provisions

22  of the Court's July 12, 2021, order remain in effect.

23

24  IT IS SO ORDERED.

25  Dated:   **August 19, 2021**

26                                          _____
                                            UNITED STATES MAGISTRATE JUDGE
27

28

                                            1