UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESAU REDIX,<br><br>             Plaintiff,<br><br>     v.<br><br>J. NAVARRO, et al.,<br><br>             Defendants. | Case No.: 1:20-cv-01647-NONE-SAB (PC)<br><br>ORDER EXTENDING STAY OF CASE FOR 90 DAYS FROM THE DATE OF SERVICE OF THIS ORDER<br><br>(ECF No. 27) |

Plaintiff Esau Redix is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 19, 2021, the Court rescheduled the settlement conference in this case to November 9, 2021, before Magistrate Judge Barbara A. McAuliffe. Consequently, the case is stayed for 90 days from the date of service of this order to allow the parties an opportunity to settle their dispute before the discovery process begins.

IT IS SO ORDERED.

Dated:   **August 20, 2021**

                                                                UNITED STATES MAGISTRATE JUDGE

1