# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESAU REDIX,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>J. NAVARRO, et al.,<br><br>　　　　　　Defendants. | Case No.: 1:20-cv-01647-NONE-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE ESAU REDIX, CDCR #V04873 |

A settlement conference in this matter commenced on November 9, 2021. Inmate Esau Redix, CDCR #V04873 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **November 9, 2021**　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1